UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DESIGN GRAPHICS, INC.,

    Plaintiff,

vs.                                              Case No.  3:08-cv-57-J-25MCR

MARCO DESTIN, INC., a Florida Corporation
and TABIB ELIEZER, an individual ,

    Defendants.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel (Doc. 27) filed September 15, 2008.  Defendants filed responses to this Motion on October 3, 2008.  (Docs. 31 and 32).  Accordingly, the matter is ripe for judicial review.

## **I. BACKGROUND**

On April 10, 2008, Plaintiff filed an amended complaint alleging copyright infringement.  (Doc. 16).  Specifically, Plaintiff claims it is the owner of a copyrighted image entitled "Road Trip," which is reproduced on merchandise such as T-shirts and hats.  Plaintiff alleges Defendants copied and/or distributed products which infringed on Plaintiff's copyright for the "Road Trip" image.

On May 29, 2008, Plaintiff served Defendants with its first set of interrogatories and requests for production of documents.  According to Plaintiff, Defendants have failed to provide complete responses to these discovery requests.

## II. DISCUSSION

Motions to compel discovery under Rule 37(a) are committed to the sound discretion of the trial court. See Commercial Union Ins. Co. v. Westrope, 730 F.2d 729, 731 (11th Cir. 1984). The trial court's exercise of discretion regarding discovery orders will be sustained absent a finding of abuse of that discretion to the prejudice of a party. See Westrope, 730 F.2d at 731.

The overall purpose of discovery under the Federal Rules is to require the disclosure of all relevant information so that the ultimate resolution of disputed issues in any civil action may be based on a full and accurate understanding of the true facts, and therefore embody a fair and just result. See United States v. Proctor & Gamble Co., 356 U.S. 677, 682, 78 S.Ct. 983 (1958). Discovery is intended to operate with minimal judicial supervision unless a dispute arises and one of the parties files a motion requiring judicial intervention. Furthermore, "[d]iscovery in this district should be practiced with a spirit of cooperation and civility." Middle District Discovery (2001) at 1.

In the instant motion, Plaintiff claims that many of Defendants' responses to its discovery requests are deficient. The Court will address each of Plaintiff's contentions.

### A. Plaintiff's Interrogatories to Defendants

#### 1. Interrogatory No. 1

Plaintiff's Interrogatory No. 1 asks for the address and telephone number of each witness Defendants expect to present at trial and the subjects of information on which they are likely to testify. Defendants failed to provide the addresses and telephone numbers for the witnesses they listed. Additionally, Plaintiff argues that Defendants did

not provide adequate information about the subject matter about which each witness would testify. Defendants included a supplemental response to this interrogatory with their response to the instant motion. The supplemental response appears to address all of Plaintiff's concerns regarding this interrogatory.

### 2. Interrogatory No. 10

This interrogatory asks "[w]ho at Marco Destin, Inc. applies the designs to its apparel and any other merchandise for sale at the Marco Destin, Inc. stores . . ." Defendants objected to the interrogatory as being too broad. It appears the parties attempted to narrow the scope of the interrogatory and Plaintiff states that it agreed to narrow the request to "a representative list of individuals who operate heat press machines to apply the accused infringing design to T-shirts." (Doc. 27, p.5). Defendants respond that they are "preparing a list of representative employees from different regions of Marco Destin stores to meet this request." (Doc. 32, p.3). The Court believes such a list will adequately respond to this interrogatory. Defendants shall provide the updated list no later than **Monday, October 20, 2008**.

### 3. Interrogatory No. 13

This requests asks "[h]ow many items, including t-shirts, hats and any other merchandise, has Marco Destin, Inc. sold through any of its stores with the "Road Trip" design since January 1, 2005 to the present." Defendant, Marco Destin, Inc. ("Marco Destin") has provided a supplemental response to this interrogatory. In its supplemental response, Marco Destin noted that it will be producing additional information. Marco

Destin shall produce all responsive information for this interrogatory no later than **Monday, October 20, 2008**.

### 4. Interrogatory No. 14

In this interrogatory, Plaintiff seeks the number of items, including t-shirts, hats and any other merchandise produced or ordered for production containing the "Road Trip" design since January 1, 2005 to the present. Again, Defendants provided a supplemental response and indicated they had additional information yet to produce. Defendants shall produce the additional information no later than **Monday, October 20, 2008**.

### 5. Interrogatory No. 15

This interrogatory seeks Marco Destin's gross sales of apparel and other merchandise containing the "Road Trip" design since January 1, 2005 to the present. Marco Destin supplemented its response and again stated that it believes it can provide further information. Marco Destin shall produce any additional information no later than **Monday, October 20, 2008**.

### B. Plaintiff's Request for Production of Documents

#### 1. Request No. 1

In Request No. 1, Plaintiff seeks "Purchase Orders for designed apparel and other merchandise with the "Road Trip" design." In its response to the Motion to Compel, Marco Destin acknowledged that "the Motion is well taken as to any documents covered by this request which have not yet been provided." (Doc. 32, p. 5).

Marco Destin shall produce any such documents no later than **Monday, October 20, 2008**.

### 2. Request No. 2

Defendants state they have fully responded to this request by forwarding all responsive documents to Plaintiff.

### 3. Request No. 3

In its Request No. 3, Plaintiff seeks "[c]orrespondence, notes, E-mails, telephone logs, photographs, brochures, fliers and any other documents and things related to designed apparel and other merchandise with the "Road Trip" design." Marco Destin states that it is attempting to locate responsive documents. Marco Destin shall do so and produce any further responsive documents no later than **Monday, October 20, 2008**.

### 4. Request No. 5

Plaintiff's Request No. 5 asks for any "[l]icenses, agreements, contracts and authorizations giving Marco Destin, Inc. the right to use the "Road Trip" design on its merchandise. Marco Destin responds that it has no responsive documents other than those already produced.

After due consideration, it is

**ORDERED**:

Plaintiff's Motion to Compel Discovery (Doc. 27) is **GRANTED** in part and **DENIED** in part as stated in the body of this Order.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  7th  day of October, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record